```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16094
    SHARON M DANCY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7525


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was confirmed 12/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.00%.

     The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC    12949.31           98.00         1373.53
PEOPLES GAS LIGHT & COKE  UNSECURED         1854.60             .00             .00
CITIFINANCIAL AUTO CREDI  UNSECURED        NOT FILED            .00             .00
OPTION ONE MORTGAGE       CURRENT MORTG         .00             .00             .00
OPTION ONE MORTGAGE       MORTGAGE ARRE         .00             .00             .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG         .00             .00             .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE     1200.00             .00             .00
KEY NOTE CONSULTING       UNSECURED        NOT FILED            .00             .00
CITZENS BANK              UNSECURED        NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED          339.09             .00             .00
EVERGREEN MEDICAL SPECIA  UNSECURED            7.60             .00             .00
IMAGING RADIOLOGISTS      UNSECURED        NOT FILED            .00             .00
ECMC                      UNSECURED         2070.36             .00             .00
SALLIE MAE EDUCATION CRE  UNSECURED             .00             .00             .00
SPRINT                    UNSECURED        NOT FILED            .00             .00
ST JOSEPH HOSPITAL        UNSECURED        NOT FILED            .00             .00
WEBSTER EMERGENCY PHYSIC  UNSECURED        NOT FILED            .00             .00
ECMC                      UNSECURED         1313.00             .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          200.10             .00             .00
FELD & KORRUB LLC         DEBTOR ATTY       3,200.00                          105.63
TOM VAUGHN                TRUSTEE                                             107.84
DEBTOR REFUND             REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,685.00

PRIORITY                                        .00
SECURED                                    1,373.53
    INTEREST                                  98.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16094 SHARON M DANCY
```

```
UNSECURED                                                             .00
ADMINISTRATIVE                                                     105.63
TRUSTEE COMPENSATION                                               107.84
DEBTOR REFUND                                                         .00
                                        ----------------   ----------------
TOTALS                                          1,685.00           1,685.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 16094 SHARON M DANCY